**No. 10-5485. Edward Meredith, Petitioner v. Florida.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7277,

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 28 So. 3d 50.